PEARL MOWITZ, an Infant, by DAVID MOWITZ, Her Guardian ad Litem, et al., Respondents, *v.* LONDON GUARANTEE AND ACCIDENT COMPANY, LTD., Appellant.

(Argued January 6, 1936; decided January 14, 1936.)

*David Gorfinkel* for motion.

*Edward A. Harmon* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

LOUISE L. ARNOLD, Respondent, *v.* KATE D. BERTOLINI, Appellant, and EDWARD L. TINKER et al., Respondents, Impleaded with Another.

(Submitted January 6, 1936; decided January 14, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 269 N. Y. 603.)